# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 16, 2021

Bridget M. McCormack,
Chief Justice

162831(14)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JERRELL CHAVAU SANDERS,
      Defendant-Appellant.
_____/

SC: 162831
COA: 356335
Jackson CC: 19-004392-FH

      On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before August 31, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 16, 2021



Clerk